AUGUST 18, 1994

No. 94–5107. MOORE v. REYNOLDS, WARDEN. C. A. 10th Cir. Certiorari dismissed under this Court's Rule 46.

AUGUST 24, 1994

No. A–41 (93–1988). RABIN v. UNITED STATES INTELLIGENCE ET AL. C. A. 2d Cir. Application for stay, addressed to JUSTICE GINSBURG and referred to the Court, denied. JUSTICE BREYER took no part in the consideration or decision of this application.

No. A–42 (O. T. 1994). BUENO v. COLORADO. Dist. Ct., Douglas County, Colo. Application for stay, addressed to JUSTICE SCALIA and referred to the Court, denied. JUSTICE BREYER took no part in the consideration or decision of this application.

No. D–1389. IN RE DISBARMENT OF SCHWARTZ. Disbarment entered. [For earlier order herein, see 511 U. S. 1066.]

No. D–1392. IN RE DISBARMENT OF BLEDSOE. Disbarment entered. [For earlier order herein, see 511 U. S. 1104.]

No. D–1396. IN RE DISBARMENT OF CAIRO. Disbarment entered. [For earlier order herein, see 511 U. S. 1104.]

No. D–1399. IN RE DISBARMENT OF AGAJANIAN. Disbarment entered. [For earlier order herein, see 511 U. S. 1139.]

No. D–1400. IN RE DISBARMENT OF PEGG. Disbarment entered. [For earlier order herein, see 511 U. S. 1139.]

No. D–1401. IN RE DISBARMENT OF HUNT. Disbarment entered. [For earlier order herein, see 511 U. S. 1140.]

No. D–1404. IN RE DISBARMENT OF YAMADA. Disbarment entered. [For earlier order herein, see 511 U. S. 1140.]

No. D–1405. IN RE DISBARMENT OF WARNER. Disbarment entered. [For earlier order herein, see ante, p. 1201.]

No. D–1406. IN RE DISBARMENT OF BRENNAN. Disbarment entered. [For earlier order herein, see ante, p. 1201.]

No. D–1407. IN RE DISBARMENT OF ANAST. Disbarment entered. [For earlier order herein, see ante, p. 1201.]

No. D–1409. IN RE DISBARMENT OF BELLER. Disbarment entered. [For earlier order herein, see ante, p. 1202.]